IN THE ▮▮▮▮/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

LINDA TAYLOR-REYES,
                Plaintiff(s),

vs.

COSTCO WHOLESALE CORPORATION,
                Defendant(s).

CASE NO. 3AN-19-04692 CI

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: COSTCO WHOLESALE CORP/PERSONAL REP

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) CHARLES W. COE, whose address is: 810 W 2ND AVENUE, ANCHORAGE, ALASKA 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courtrecords.alaska.gov/webdocs/forms/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge Henderson and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____.

1-17-19
Date

**CLERK OF COURT**

By: KO
Deputy Clerk

I certify that on 1-17-19 a copy of this Summons was ☐ mailed ☒ given to
☐ plaintiff ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk KO

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

COPY
Original Received
JAN 17 2019
Clerk of the Trial Courts

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

LINDA TAYLOR-REYES,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

Case No. 3AN-19-04482 CI

## COMPLAINT

COMES NOW, the plaintiff, LINDA TAYLOR-REYES, by and through her attorney, CHARLES W. COE, to state and allege the following as her cause of action:

I

Plaintiff, LINDA TAYLOR-REYES, is a resident of Alaska, residing in the Third Judicial District.

II

Defendant, COSTCO WHOLESALE CORPORATION., is a corporation, doing business at various locations throughout the state of Alaska and is authorized to do business as a corporation in the state of Alaska as Costco.

TAYLOR-REYES V. COSTCO
CASE NO. 3AN-19-_____ CI
COMPLAINT

Page 1 of 5

Case 3:19-cv-00068-HRH   Document 1-1   Filed 03/12/19   Page 2 of 6   Exhibit A
Page 2 of 6

### III

Defendant is the owner and operator of the store located on 4125 DeBarr Road in Anchorage Alaska. Defendant, as a corporation and owners/operators of this store, are vicariously liable for the acts and omissions of their employees, agents, and representatives under the theories of respondeat superior, negligent supervision, negligent entrustment, and negligence.

### IV

All events relevant to the cause of action of this complaint occurred in the state of Alaska, at Anchorage.

### V

On or about February 23, 2017, plaintiff was walking in the isle of the defendant's store with a client looking for containers to store clothing. As she was walking, she slipped and fell on liquid that was left on the floor. At the time she fell defendant's employees were working in the aisle. As a result of slipping and falling on the floor she incurred injuries and damages set out in paragraph XI of this complaint.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

TAYLOR-REYES V. COSTCO
CASE NO. 3AN-19-_____ CI
COMPLAINT

## FIRST CAUSE OF ACTION

### VI

Plaintiff hereby realleges and incorporates paragraphs I through V of this complaint into this First Cause of Action.

### VII

Defendant owed a duty to keep its aisles and floors in a safe condition free from hazards and to warn users of this area of potential hazards. Defendant breached this duty in failing to clean their aisles and floor, in failing to properly insure that this section of the store was kept clear of substances, in failing to inspect monitor, maintain, and correct this safety hazard, in failing to block of the spill area, and in not cleaning the walking area where plaintiff slipped.

### VIII

As a result of the defendant's negligence the plaintiff incurred the damages and injuries set forth in paragraph XI of this complaint.

## SECOND CAUSE OF ACTION

### IX

Plaintiff hereby realleges and incorporates paragraphs I through VIII of this complaint into this Second Cause of Action.

TAYLOR-REYES V. COSTCO
CASE NO. 3AN-19-_____ CI
COMPLAINT

Page 3 of 5

Case 3:19-cv-00068-HRH   Document 1-1   Filed 03/12/19   Page 4 of 6 Exhibit A
Page 4 of 6

## X

Defendant was negligent per se in that its acts and omissions violated its own standards of maintenance. As a result of this negligence per se, plaintiff incurred injuries set forth in paragraph XI of this complaint.

## XI

As a direct and proximate result of defendant's acts and omissions the plaintiff suffered the following injuries and damages:

1. Injuries to her low back, head, neck, and spine;
2. Medical and medication expenses in the past, present, and future;
3. Lost income in the past, present, and future;
4. Past, present, and future physical and emotional pain and suffering;
5. Impairment, humiliation, stress, and inconvenience;
6. Permanent disabilities and loss of the full function of her body;
7. Loss of enjoyment of life; and
8. Other damages to be proven at trial.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

TAYLOR-REYES V. COSTCO
CASE NO. 3AN-19-_____ CI
COMPLAINT

Page 4 of 5

Case 3:19-cv-00068-HRH   Document 1-1   Filed 03/12/19   Page 5 of 6 Exhibit A
Page 5 of 6

WHEREFORE, plaintiff prays for judgment in her favor against the defendant for the following:

    a.    Compensatory damages to be proven at trial in a sum within the jurisdiction of the superior court;

    b.    For pre-judgment and post-judgment interest, costs, and attorney fees; and

    c.    For any other relief this court deems just and equitable.

DATED this 15th day of January, 2019.

CHARLES W. COE
Attorney for Plaintiff

*/s/ Charles W. Coe*

Charles W. Coe
ABA#7804002

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

TAYLOR-REYES V. COSTCO
CASE NO. 3AN-19-_____ CI
COMPLAINT